IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN HOLLAND | : | CIVIL ACTION |
| v. | : | |
| CFCF | : | NO. 17-2361 |

**ORDER**

This 30TH day of May, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED without prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's memorandum.

3. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this order in the event he can state a plausible basis for a claim against an appropriate defendant. Any amended complaint must identify all defendants in the caption of the complaint and state the basis for plaintiff's claims against each defendant. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court. If plaintiff fails to file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

/s/ Gerald A. McHugh
**GERALD A. MCHUGH, J.**